## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## <u>CIVIL RIGHTS COMPLAINT FORM FOR</u>
## <u>PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER</u>
## <u>28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983</u>

Taverous Williams                    ,

Inmate ID Number: D0J02MNI031764 ,

Taverous Williams  D0J02MNI031764,
*(Write the full name and inmate ID*
*number of the Plaintiff.)*

**Case No.:** 1-24-cv-71-MW/MAF
*(To be filled in by the Clerk's Office)*

**v.**

Alachua County Jail Admin       ,

All staff members at the Jail    ,

_____ ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND GV
MAY 6 '24 PM4:22

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _See Attached_     ID Number: _____

List all other names by which you have been known: _____

_____

Current Institution: _Alachua County Jail_

Address: _3333 NE 39th Ave_

_Gainesville, FL 32609_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: _Alachua County Jail Staff & Administration_

   Official Position: _Jail Administration staff members_

   Employed at: _Alachua County Jail_

   Mailing Address: _3333 NE 39th Ave_

   _Gainesville, FL 22609_

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by*

   *attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee        ☐ Civilly Committed Detainee

☐ Convicted State Prisoner      ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Jail staff and Administration is subjecting Plaintiff to unreasonable punishment by allowing me to inhale ond ingest Black Mold when it has been broght to their Attention, and not even Looking into the problem at had. therefore staff members and Administration Continues to Allow inhuman acts to stay in Place, and Keeps me in Duress.

**Statement of Facts Continued** *(Page ___ of ___)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

Right to Due process and Cruel and Unusual Punishment. 1) Due process, because the issue has been brought to their Attention. 2) unusual, because they say that it's safe, and infact have not come and Looked for themselfes to Accualy see the problem, keep Duress.

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Belief that's being Soaght is punitive damages and Compulsory dameses as well as Acctuel in the Amount of Three hundred and Seventy-five thousand Dollers as well as preventive actions taken.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a

reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and

court:

1.  Date: _____ Case #: _____

Court: _____

2.  Date: _____ Case #: _____

Court: _____

3.  Date: _____ Case #: _____

Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with

the same facts or issue involved in this case?

☐ YES   ☑ NO

If you answered yes, identify the case number, parties, date filed, result

*(if not still pending)*, name of judge, and court for each case *(if more*

*than one)*:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☑ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

    Court: _____ Judge: _____

    Date Filed: _____ Dismissal Date *(if not pending)*: _____

    Reason: _____

5. Case #: _____ Parties: _____

    Court: _____ Judge: _____

    Date Filed: _____ Dismissal Date *(if not pending)*: _____

    Reason: _____

6. Case #: _____ Parties: _____

    Court: _____ Judge: _____

    Date Filed: _____ Dismissal Date *(if not pending)*: _____

    Reason: _____

*(Attach additional pages as necessary to list all cases.* ***Failure to***

***disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all

continuation pages) is true and correct.  Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4/29/24 Plaintiff's Signature: _Taverous Williams_

Printed Name of Plaintiff: _Taverous Williams_

Correctional Institution: _Alachua County Jail_

Address: _3333 NE 39th Ave_

_Gainesville, FL 32609_

**I certify and declare, under penalty of perjury, that this complaint was (check one) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the _29th_ day of _April_ ,

20 _24_ .


Signature of Incarcerated Plaintiff: _Tennessee Williams_

Taverous Williams #D0J02MNI031704
3333 N.E. 39th Ave
Gainesville, FL 32609



Legal Mail

CLERK, U.S. DISTRICT COURT
401 S.E. First Ave
Room 243
Gainesville, FL 32601-6895

32601&6895 C001

CHECKED MAY 0 6 2024