IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TAVEROUS WILLIAMS,**

   *Plaintiff*,

v.                                           Case No.: 1:24cv71-MW/MAF

**ALACHUA COUNTY JAIL
STAFF AND ADMINISTRATION,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on July 16, 2024.**

                                                          **s/Mark E. Walker**
                                                          **Chief United States District Judge**